Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Judy Skillicorn**,<br><br>    Plaintiff,<br><br>  vs.<br><br>**Desert Palace LLC** d/b/a CAESARS PALACE**; NICK ALAIN, INC.;** Does 1 through 10, inclusive; and Roe Corporations 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01457-JCM-DJA<br><br>**STIPULATION AND ORDER FOR REMAND** |

WHEREAS counsel for the parties hereto have discussed the criteria of 28 U.S.C. §1332 and agree this matter should be remanded to State Court;

IT IS HEREBY STIPULATED, by and between the parties hereto, that this case be remanded to the Clark County District Court, Case No. , in order to allow the Plaintiff to pursue her claims in the originally filed State Court action.

IT IS SO STIPULATED.

Dated this 24th day of October 2023.                Dated this 24th day of October 2023.

WOLFE & WYMAN LLP                                    H&P LAW

/S/ Erik W. Fox                                      /S/ Marjorie Hauf
_____                      _____
Erik W. Fox, Esq.                                    Marjorie Hauf, Esq.
Nevada Bar No. 8804                                  Nevada Bar No. 8111
Attorney for Defendants                              Cara Xidis, Esq.
                                                     Nevada Bar No. 11743
                                                     Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 30, 2023

SAO FOR REMAND